IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TODD FRANCE,                          :
    Plaintiff and Petitioner      :   No. 1:25-cv-00192
                                  :
    v.                            :   (Judge Kane)
                                  :
JASON BERNSTEIN,                      :
    Defendant and Respondent      :

## ORDER

**AND NOW**, on this 30th day of May 2025, upon consideration of Petitioner Todd France ("France")'s motion to vacate or modify the award entered in the National Football Players Association ("NFLPA") arbitration captioned <u>Bernstein v. France</u>, NFLPA 23-CA-3 (Doc. No. 6); (2) France's motion to conduct limited discovery (Doc. No. 56); and (3) Respondent Jason Bernstein ("Bernstein")'s motion for judgment on the pleadings as to Count Four in its entirety and Count Five of France's complaint to the extent that it relies on Section 301 of the Labor Management Relations Act ("LMRA") (Doc. No. 57), and in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Bernstein's motion for judgment on the pleadings as to Counts Four and Five of France's complaint (Doc. No. 57) is **GRANTED**;

2. Count Four of France's complaint (Doc. No. 1 at 52–54) is **DISMISSED WITH PREJUDICE** in its entirety;

3. Count Five of France's complaint (Doc. No. 1 at 54–55) is **DISMISSED WITH PREJUDICE** to the extent that it relies on Section 301 of the LMRA;

4. France's motion to conduct limited discovery (Doc. No. 56) is **DENIED AS MOOT**;

5. France's motion to vacate or modify the arbitration award (Doc. No. 6) is **DENIED**; and

6. The Clerk of Court is directed to **CLOSE** the above-captioned action.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
